

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2019

No. 04-18-00392-CR

**STATE** of Texas,
Appellant

v.

Lee Allison **GOINS**,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2733
Honorable Raymond Angelini, Judge Presiding[1]

## ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

On May 20, 2019, appellant filed a motion for en banc reconsideration. Because the panel has issued a different opinion, the motion for en banc reconsideration is DENIED AS MOOT. *See* TEX. R. APP. P. 49.5.

_____
Irene Rios, Justice

---

[1]The Honorable Raymond Angelini, retired, was sitting by assignment and signed the order challenged on appeal.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court